UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

TYLER CORBIN,

Defendant.

Case No. 8:25-cr-340-SDM-NHA

**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL**

Defendant Tyler Corbin, through counsel, moves to continue the trial in this case from the December trial term to the January trial term. As grounds, Mr. Corbin states the following:

Mr. Corbin is charged in an indictment with one count of conspiracy to traffic firearms (in violation of 18 U.S.C. § 933(a)(3)), one count of firearms trafficking (in violation of 18 U.S.C. § 933(a)(1)), one count of dealing in firearms without a license (in violation of 18 U.S.C. § 922(a)(1)(A)), and one count of possession with intent to distribute a controlled substance (in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C)). Mr. Corbin made his initial appearance on December 9, 2025, and he is currently in custody. The trial in this case is scheduled for the December trial term.

The government has provided Mr. Corbin with a draft plea agreement. Defense counsel reviewed the plea agreement with Mr. Corbin, who agreed

with its terms. After reviewing the plea agreement with Mr. Corbin, defense counsel requested the government add a provision where the local United States Attorney's Office would support Mr. Corbin's future request for a treaty transfer to serve the remainder of any prison sentence in his home country of Canada. The defense sent proposed language to the government, and it is under review. Counsel for the government recently completed a lengthy trial and has submitted the defense's requested change to supervision in the United States Attorney's Office.

Based on the above, Mr. Corbin requests the Court continue the trial from the December trial term to the January trial term. Without the requested continuance, counsel will not have "the reasonable time necessary for effective preparation, taking into account the exercise of due diligence." 18 U.S.C. § 3161(h)(7)(B).

Counsel discussed Mr. Corbin's right to a speedy trial with him. Mr. Corbin agrees to the continuance requested in this motion and knows it will result in excludable delay under the Speedy Trial Act.

/ / /

/ / /

/ / /

/ / /

/ / /

**CERTIFICATE OF CONFERRAL**

I hereby certify that I have conferred with counsel for the United States regarding this motion on November 5, 2026. After conferral, the United States does not oppose this motion.

Dated this 6th day of November, 2026.

Respectfully submitted,

Charles L. Pritchard, Jr.
Federal Public Defender

/s/ Douglas J. Stamm
Douglas J. Stamm
Florida Bar No. 92069
Assistant Federal Public Defender
400 N. Tampa St., Suite 2700
Tampa, FL 33602
Telephone: (813) 228-2715
Fax: (813) 228-2562
E-mail: douglas_stamm@fd.org

Attorney for Tyler Corbin

**CERTIFICATE OF SERVICE**

I certify that on November 6, 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

/s/ Douglas J. Stamm
Assistant Federal Public Defender