UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. CASE NO: 8:25-cr-340-SDM-NHA

TYLER CORBIN, et al.
___________________________________/

**ORDER**

Tyler Corbin moves (Doc. 95) to continue the trial from the December 2026 trial calendar to the January 2027 trial term. Because defense counsel requires additional time to negotiate a plea agreement, the ends of justice outweigh the interests of the defendant and of the public in a speedy trial. The motion to continue and to file under seal (Doc.95) is **GRANTED**, and the trial is continued to the January 2027 trial calendar. The time from today through January 31, 2027 is "excludable time" under 18 U.S.C. § 3161(h).

ORDERED in Tampa, Florida, on November 10, 2026.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE