UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. CASE NO: 8:25-cr-340-SDM-NHA

ARIF JHUMAN,
OMAR SINGATETH,
TYLER CORBIN,
ALFREDO SANTANA &
EDWARD NOEL

# JOINT STATUS REPORT

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, files this joint status report, pursuant to Fed. R. Crim. P. 17.1, and this Court's order.

1. Brief summary of the case's status:

   a. The defendants are charged by indictment with one count of conspiracy to traffic firearms, one count of firearms trafficking, and one count of dealing in firearms without a license. Corbin is also charged with possession with intent to distribute controlled substances.

   b. Both Corbin and Santana are currently detained.

   c. As of last month, there are two un-arrested indicted defendants. Arif Jhuman was arrested in Columbia recently and will now be extradited to the United States for these charges.

   d. This case is on the Court's January 2027 trial calendar.

2. Both defendants are going to plead guilty. The Government has provided plea agreements to both defendants and all both defendants had some requests of the Government the Government is assessing.

3. Number of days required for trial for each side:

   a. The Government anticipates its case in chief will take 4 days.

   b. The number of days required for the defendant is unknown at this time.

4. Pending motions, dates on which they were filed, and whether they are ripe for determination: There are no pending motions at this time.

5. The Court's November 10, 2026 order continuing the case to the January trial calendar found that the time from the date of the order through January 31, 2027 was excludable time. Since speedy trial pertains to an entire case, the parties agree that the excludable time pertains to all the defendants.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By: */s/ Samantha J. Newman*
Samantha J. Newman
Assistant United States Attorney
United States Attorney No. 209
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: 813-301-3086
Facsimile: 813-274-6358
Email: Samantha.newman@usdoj.gov

**U.S. v. Jhuman et al.** **Case No. 8:25-cr-340- SDM-NHA**

## CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Counsel of Record

*/s/ Samantha J. Newman*
Samantha J. Newman
Assistant United States Attorney
United States Attorney No. 209
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: 813-301-3086
Facsimile: 813-274-6358
Email: Samantha.newman@usdoj.gov